ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON & GRANDE

THOMAS R. GRANDE        3954-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500

BRONSTER CRABTREE & HOSHIBATA
Attorneys at Law, A Law Corporation

JEFFREY P. CRABTREE      3405-0
ROBERT HATCH             7724-0
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 524-5644

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 03 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, BOARD OF DIRECTORS OF ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE | CIVIL NO. 03-00312 HG BMK<br>(Class Action)<br><br>**REPORT OF PARTIES' PLANNING MEETING; CERTIFICATE OF SERVICE**<br><br>Scheduling Conference:<br>Date  : September 22, 2003<br>Time  : 9:00 a.m.<br>Judge : Hon. Barry M. Kurren |

| | |
|---|---|
| PARTNERSHIPS 1-10 AND DOE | ) |
| GOVERNMENTAL ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant conferred by telephone on August 25, 2003, Thomas R. Grande appearing for Plaintiffs and Jonathan Steiner appearing for Defendant:

**I.     PRE-DISCOVERY DISCLOSURES.** The parties have no suggested changes regarding the timing, form or requirement for disclosures required under Rule 26(a).

**II.    SUBJECTS OF DISCOVERY.** The parties have agreed that initial discovery should be limited to issues necessary for class certification. Defendant has proposed that all discovery be stayed pending resolution of its motion to dismiss currently scheduled to be heard on October 20, 2003. Defendant is going to send Plaintiffs case law supporting its position that discovery should be stayed pending a decision on the motion to dismiss.

III. **PROPOSED CHANGES IN DISCOVERY.** None.

IV. **OTHER ITEMS.** The parties have agreed that all other items will be addressed at the September 22, 2003 scheduling conference. The parties agree to defer to the Court's discretion as to these other items.

DATED: Honolulu, Hawaii, __SEP 0 3 2003__.

_____
THOMAS R. GRANDE
Attorney for Plaintiff

OF COUNSEL:
DAVIS LEVIN LIVINGSTON & GRANDE

THOMAS R. GRANDE           3954-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500

BRONSTER CRABTREE & HOSHIBATA
Attorneys at Law, A Law Corporation

JEFFREY P. CRABTREE        3405-0
ROBERT HATCH               7724-0
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 524-5644

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, BOARD OF DIRECTORS OF ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>STATE FARM INSURANCE, JOHN DOES 1-10, JANE DOES 1- 10, DOE CORPORATIONS 1-10, DOE | ) CIVIL NO. 03-00312 HG BMK<br>) (Class Action)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10, | )<br>)<br>) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was hand-delivered to the following persons at their last known address on September 3, 2003:

> William C. McCorriston, Esq.
> Jonathan H. Steiner, Esq.
> Becky T. Chestnut, Esq.
> McCorriston Miller Mukai MacKinnon LLP
> Five Waterfront Plaza, 4th Floor
> 500 Ala Moana Boulevard
> Honolulu, HI 96813

_____
THOMAS R. GRANDE
Attorneys for Plaintiff

2