**ORIGINAL**

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE          3954-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-7500
Facsimile:   (808) 545-7802
Email:         tgrande@davislevin.com

BRONSTER CRABTREE & HOSHIBATA
Attorneys at Law, a Law Corporation

JEFFREY P. CRABTREE       3405-0
ROBERT HATCH                   7724-0
Pauahi Tower
1001 Bishop Street, Suite 2300
Honolulu, Hawai`i  96813
Telephone:  (808) 524-5644
Facsimile:   (808) 599-1881
Email:         rhatch@consumerlaw.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 9 2003

at 10 o'clock and 51 min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, BOARD OF DIRECTORS OF ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs. | CIVIL NO. 03-00312 HG BMK<br>(Class Action)<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR REMAND FILED ON JULY 18, 2003; CERTIFICATE OF SERVICE<br><br>DATE   :  SEPTEMBER 19, 2003<br>TIME   :  9:00 A.M.<br>JUDGE :  HON. BARRY M. KURREN |

STATE FARM INSURANCE, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10.

Defendants.

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR REMAND FILED ON JULY 18, 2003

PLEASE TAKE NOTICE that Plaintiffs ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, BOARD OF DIRECTORS OF ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, individually and on behalf of all others similarly situated, hereby withdraw their Motion for Remand filed on July 18, 2003 and set for hearing on September 19, 2003 at 9:00 a.m. before the Honorable Barry M. Kurren.

DATED: Honolulu, Hawai`i, September 9, 2003.

_____
THOMAS R. GRANDE
Attorney for Plaintiffs

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, BOARD OF DIRECTORS OF ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10.<br><br>Defendants. | CIVIL NO. 03-00312 HG BMK (Class Action)<br><br>**CERTIFICATE OF SERVICE** |

### **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was hand-delivered to the following persons at their last known address on September 9, 2003:

William C. McCorriston, Esq.
Jonathan H. Steiner, Esq.
Becky T. Chestnut, Esq.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813

DATED: Honolulu, Hawai`i, September 9, 2003.

_____
THOMAS R. GRANDE
Attorney for Plaintiffs

2