ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 3 2003

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

Of Counsel:

DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE        3954-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-7500
Facsimile: (808) 545-7802
Email:      tgrande@davislevin.com

LODGED

OCT 3 1 2003

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

BRONSTER CRABTREE & HOSHIBATA
Attorneys at Law, a Law Corporation

JEFFREY P. CRABTREE      3405-0
ROBERT HATCH             7724-0
Pauahi Tower
1001 Bishop Street, Suite 2300
Honolulu, Hawai`i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
Email:      rhatch@consumerlaw.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, BOARD OF DIRECTORS OF ASSOCIATION OF APARTMENT OWNERS OF THE BOUGAINVILLE, individually and on behalf of all others similarly situated, | CIVIL NO. 03-00312 HG BMK (Class Action) |
| | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER** |
| Plaintiffs, | |
| vs. | |

STATE FARM INSURANCE, JOHN DOES 1-
10, JANE DOES 1-10, DOE
CORPORATIONS 1-10, DOE
PARTNERSHIPS 1-10 AND DOE
GOVERNMENTAL ENTITIES 1-10.

                       Defendants.

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER

Pursuant to the Court's Minute Order of October 20, 2003, Plaintiffs, the Association of Apartment Owners of the Bougainville, Board of Directors of Association of Apartment Owners of the Bougainville, individually and on behalf of all others similarly situated, and the Defendant, State Farm Fire and Casualty Company agree to entry of an order dismissing Plaintiff's Complaint without prejudice on the following terms and conditions:

1.     Plaintiffs' Complaint is dismissed to allow the Plaintiffs to refer their allegations to the Hawaii Insurance Commissioner, including, but not limited to, whether the filed rate doctrine applies to the present case and whether Defendant's insurance policy in question and its inflation procedures and figures are in violation of any Hawaiian state law governing insurance.

2.     Dismissal of Plaintiffs' Complaint is without prejudice to Plaintiffs' claims or the claims of the class Plaintiffs seek to represent; and

Association of Apartment Owners of the Bougainville, et al. v. State Farm Insurance, et al.; Civil No. 03-00312 HG BMK; **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER**

3.      Plaintiffs and Defendant agree to toll the statute of limitations as to all claims asserted in this action by or on behalf of the class representative and putative class members from the date of the entry of this Order, until any of the following:

a.      Thirty (30) days from the receipt of notification of the rendering or entry of any decision, order, or other action, as that phrase is used in Rule 72 of the Hawai`i Rules of Civil Procedure, including, but not limited to, a decision, order, or other action determining that the Insurance Commission does not have the ability or jurisdiction to determine the issues presented, provided that, if a notice of appeal is filed pursuant to Rule 72 of the Hawai`i Rules of Civil Procedure, then at the date upon which any decision of the circuit court or of any appellate court thereto becomes final and non-appealable; or

b.      Thirty (30) days after written confirmation by the named Plaintiffs herein of discontinuance or dismissal of pursuit of any request for relief or for a determination by the Insurance Commissioner; or

c.      One Hundred Twenty (120) days after written notice by Defendant of the termination of this tolling agreement; or

Association of Apartment Owners of the Bougainville, et al. v. State Farm Insurance, et al.; Civil No. 03-00312 HG BMK; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER

d.    Upon the filing, in any court, of any cause of action by the named Plaintiffs herein against Defendant arising out of the same facts or transactions as alleged in the Complaint herein;

Provided, however, that this agreement only tolls those causes of action which have accrued as of the date of the filing of the Complaint herein.

DATED:  Honolulu, Hawai`i, ___11- 3 - 03___.


_____
THOMAS R. GRANDE
ROBERT M. HATCH
Attorneys for Plaintiffs


_____
WILLIAM C. MCCORRISTON
JONATHAN H. STEINER
BECKY T. CHESTNUT
Attorneys for Defendant


**APPROVED AND SO ORDERED:**

_____    NOV 0 3 2003
JUDGE OF THE ABOVE-ENTITLED COURT

Association of Apartment Owners of the Bougainville, et al. v. State Farm Insurance, et al.; Civil No. 03-00312 HG BMK; **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER**